UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,   )   2:10-CR-00372-PMP-RJJ
        Plaintiff,   )
vs.   )   **ORDER**
MELBA LOZOYA-MENDOZA,   )
        Defendant.   )

      Before the Court for consideration is Defendant Lozoya-Mendoza's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #73), and Plaintiff United States' Motion to Dismiss Defendant's Motion as Time Barred (Doc. #75). The Court finds Plaintiff's Motion to Dismiss (Doc. #75) must be granted.

      Specifically, Defendant Lozoya-Mendoza's Motion is time-barred because it was filed after the 1-year limitation period for filing motions under 28 U.S.C. § 2255 had expired. This Court sentenced Defendant Lozoya-Mendoza on June 10, 2011, and the deadline for filing a notice of appeal expired on June 24, 2012. Defendant Lozoya-Mendoza, however, did not file the notice of appeal. As a result, the 1-year limitation for filing a motion under 28 U.S.C. § 2255 expired on June 24, 2012, but Defendant Lozoya-Mendoza did not submit the instant Motion until July 9, 2012. Hence, Defendant's Motion is time-barred and must be dismissed.

**IT IS THEREFORE ORDERED** that Plaintiff United States' Motion to Dismiss as Time-Barred, Defendant's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. #75) is **GRANTED**, and Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #73) is hereby Dismissed.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Stay Briefing (Doc. #79) is **DENIED** as moot.

DATED: September 10, 2010.

_____
PHILIP M. PRO
United States District Judge